DG:ajw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20742-CR-MORENO

UNITED STATES OF AMERICA,

vs.

JULIUS MICHAEL HOWARD, *et. al.*,

    Defendants.
_____/

## NOTICE OF APPEARANCE

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Appearance as counsel on behalf of the United States regarding issues of criminal forfeiture in this cause.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:   s/*Daren Grove*
      Daren Grove (Court No. A5501243)
      Assistant United States Attorney
      E-mail: daren.grove@usdoj.gov
      99 NE 4th Street - 7th Floor
      Miami, Florida 33132
      Telephone: (305) 961-9294
      Facsimile: (305) 536-7599

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 28, 2015, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

                                                 s/*Daren Grove*
                                                 Daren Grove
                                                 Assistant United States Attorney