UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20742-CR-MORENO

UNITED STATES OF AMERICA,

vs.

JULIUS VALERIANO HOWARD,

    Defendant.
_____/

**DEFENDANT JULIUS VALERIANO HOWARD'S**
**UNOPPOSED MOTION TO CONTINUE TRIAL**

COMES NOW the Defendant, Julius Valeriano Howard (the "Defendant"), by and through undersigned counsel, and moves this Court for an Order continuing his trial for a period of nine weeks to a January 2016 calendar call and trial calendar and states the following:

1. The grand jury indicted the Defendant and one co-defendant on September 22, 2015, charging various crimes. [DE 14] The Defendant is charged with the following: 1) one count of Conspiracy to Sex Traffic a Minor in violation of 18 U.S.C. § 1594(c); 2) three counts of Sex Trafficking of a Minor in violation of 18 U.S.C. § 1591(a)(1) and (b)(1); and 3) three counts of Using, Carrying and Possessing a Firearm during a Crime of Violence in violation of 18 U.S.C. §924(c). If convicted of all offenses, the Defendant faces at least 45 years in prison under the gun charges alone and the possibility of a life sentence.

2. The Defendant made his initial appearance on September 29, 2015. [DE 10] On October 1, 2015, Mr. Howard stipulated to detention. [DE 22] He remains in custody awaiting trial.

3. Calendar call is set for October 27, 2015. The trial is schedule for the two week trial calendar commencing on November 2, 2015. [DE 24]

4. The Court entered the Standing Discovery Order on October 5, 2015. [DE 23] To date undersigned counsel has received three discovery productions from the government. The most recent arrived on October 19, 2015. The discovery currently consists of more than a dozen CD's and DVD's. Counsel has reviewed some of the discovery and has attempted to review some of the discovery with Mr. Howard. However, many of the CD's are incompatible with the computer equipment at FDC Miami. Thus, counsel has requested authorization from the Bureau of Prisons to bring a laptop into the facility to review the discovery with Mr. Howard. This has slowed the discovery and trial preparation process.

5. Trial preparation requires the active involvement of Mr. Howard. Since he remains incarcerated in FDC Miami awaiting trial, time is required to meet with Mr. Howard to discuss the case and obtain his input.

6. Counsel requires additional time for the following reasons: 1) to allow counsel to fully review and analyze the discovery in the case, 2) to allow the Defendant to review the discovery, and 3) to permit counsel and Mr. Howard to prepare for trial or make a considered decision to resolve the case through a plea.

7. Pursuant to Local Rule 88.9, counsel has discussed this motion with the Assistant United States Attorney who is prosecuting the case for the United States and counsel for the co-defendant. Neither counsel for the government, nor counsel for the co-defendant objects to the granting of the relief requested by this motion.[1]

9. The Defendant is aware of and consents to this request for a continuance of the trial date.

---

[1] Counsel for the co-defendant, Julius Michael Howard, filed on October 20, 2015, an unopposed motion seeking a continuance on similar grounds. [DE 28}

10.     Counsel makes this request in good faith, and it is not intended for the purpose of delay.

WHEREFORE, for the reasons set forth above, Defendant Julius Valeriano Howard respectfully requests that the Honorable Court grant this Motion and enter an Order continuing the trial for nine weeks to a trial date in January 2015.

Respectfully submitted,

/s/ Richard A. Serafini
Richard A. Serafini, Esq.
Florida Bar No. 0972037
*Counsel for Julius Valeriano Howard*

Serafini Law Office, LLC
One Financial Plaza
100 SE Third Avenue, Suite 2510
Fort Lauderdale, FL  33394
Telephone:  (754) 223-4718
Facsimile:  (800) 535-9913
Email:  ras@rserafinilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically via CM/ECF this 21st day of October 2015.

/s/ Richard A. Serafini
Richard A. Serafini, Esq.